IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | DOCKET NO. 3:05mj263, 264 |
| ) | |
| ) | |
| NICOLE JENNIFER EZELIUS ) | |
| COREY LYNN MAXWELL ) | |
| ) | |

## ORDER

**UPON CONSIDERATION** of the defendant's Unopposed Joint Motion to Alter Bond Conditions, the motion is hereby **GRANTED.** The prohibition against contact is stricken. Nicole Jennifer Ezelius and Corey Lynn Maxwell may now have contact with one another.

Copies of this order should be sent to the U.S. Probation office as well as defense counsel, and the Clerk's Office.

Signed: December 21, 2006

David C. Keesler
United States Magistrate Judge